# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# CLARKSBURG DIVISION

TIMOTHY CUMPSTON,

    Plaintiff,

v.       Civil Action No. 1:17cv61
    Judge Irene M. Keeley

CENTRAL SUPPLY COMPANY
OF WEST VIRGINIA, and
PATRICK SCOTT TUCKER,

    Defendants.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of February, 2018, a true and correct copy of ***Defendant Central Supply Company of West Virginia's Objections and Designations to Plaintiff's Notice of Deposition of Rule 30(b)(6) Corporate Designee*** was hand-delivered to the following counsel of record:

Karl Kolenich, Esquire (WV Bar # 12446)
James L. Lindsay, Esq. (WV Bar # 12770)
Klie Law Offices, PLLC
85 W. Main St.
Buckhannon, WV 26201
304.472-1126
karl@klielawoffices.com

*Counsel for Plaintiff*

    */s/ J. Todd Bergstrom*
    J. Todd Bergstrom (WV Bar No. 11385)